IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:17-CV-00337-M |
| | § | |
| vs. | § | |
| | § | |
| NATIONWIDE SECURITY SOLUTIONS, INC.; NORTEK SECURITY & CONTROL LLC; AND TECHFORCE NATIONAL, LLC | § § § § | |
| Defendants. | | |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Defendant Nortek Security and Control, LLC. The Motion is **GRANTED**. Plaintiff's claims against Nortek Security & Control, LLC, are hereby **DISMISSED** with prejudice. Each party is to bear his or its own fees and costs.

**SO ORDERED.**

July 6, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE