UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>**NORTEK SECURITY & CONTROL LLC**, et al<br><br>**Defendant** | §<br>§<br>§<br>§<br>§   **Civil Case No. 3:17-CV-00337-M**<br>§<br>§<br>§<br>§ |
| | |

**STIPULATION OF DISMISS WITHOUT PREJUDICE**

Now comes Plaintiff and defendant, through undersigned counsel, and hereby dismisses, without prejudice, all causes of action and claims against Defendant, **TECH FORCE NATIONAL, LLC**,. Each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED AND DATED this the 8th day of September, 2017.

                Respectfully submitted:

                */s/ Aaron Mulvey*
                Aaron Mulvey
                Law Offices of Aaron K. Mulvey, PLLC
                518 N. Manus Dr.
                Dallas, TX 75224
                aaron@mulveylaw.net
                *Attorney for Craig Cunningham*

*And*

*/s/ Jason Augustine*
Jason Augustine
Attorney for Tech Force LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system which will notify all counsel of record on this 8th day of September, 2017.

*/s/ Aaron Mulvey*
Aaron Mulvey
*Attorney for Craig Cunningham*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for plaintiff and defendant Tech Force conferred vi email on September 8, 2017 and are in agreement with the foregoing motion.

*/s/ Aaron Mulvey*
Aaron Mulvey
*Attorney for Craig Cunningham*