IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CRAIG CUNNINGHAM, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-337-S-BN |
| | § | |
| NATIONWIDE SECURITY | § | |
| SOLUTIONS, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 31, 2018, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby DENIES Defendant Nationwide's First Motion to Dismiss Second Amended Complaint, Alternatively, Motion to Strike Second Amended Complaint [Dkt. No. 101] and GRANTS Defendant Micah Davis's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2), (b)(6) and Joinder in Nationwide's Motion to Dismiss for Improper Venue [Dkt. No. 112]. Plaintiff Craig Cunningham's claims against Defendant Micah Davis are DISMISSED without prejudice to Plaintiff's right to renew his claims by filing a complaint that complies

with Federal Rule of Civil Procedure 8 in a jurisdiction where personal jurisdiction over Defendant Micah Davis could be obtained.

**SO ORDERED** this 24th day of September, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE