IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CRAIG CUNNINGHAM, | § | |
|---|---|---|
| Plaintiff, | § | |
| V. | § | No. 3:17-cv-337-S-BN |
| NATIONWIDE SECURITY SOLUTIONS, INC., ET AL., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 21, 2018, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby DISMISSES this action without prejudice under Federal Rules of Civil Procedure 4(m) and 41(b) as to Defendants Jason Cane and Mairin Anne Moore (a/k/a Mairin Cane).

**SO ORDERED** this 16th day of October, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE