UNITED STATES DISTRICT COURT
Northern District of Texas

CRAIG CUNNINGHAM, Pro-se )
)
*Plaintiff* )
)
) CIVIL ACTION NO.: 3-17-cv-00337-M
v. )  )
Nationwide Security Solutions, Inc., et al )

*Defendants.*

## Plaintiff's Motion To Dismiss With Prejudice

1. The Parties have resolved the case and completed their obligations. The Plaintiff hereby requests the court dismiss the case against all parties with prejudice.

*Craig Cunningham*

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977

UNITED STATES DISTRICT COURT
Northern District of Texas

CRAIG CUNNINGHAM, Pro-se         )
                                 )
    *Plaintiff*                  )
                                 )    CIVIL ACTION NO.: 3-17-cv-00337-M
v.                               )                                        )
Nationwide Security Solutions, Inc., et al    )

    *Defendants.*

## Certificate of Service

I hereby certify a true copy of the foregoing was mailed to the Defendant's attorney in this case:

*Craig Cunningham*

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977



N TEXAS
DALLAS 750
16 MAR '19
PM 5 L

3000 Custer Rd
Ste 270-206
Plano, TX 75075

1100 Commerce St.
US District Court
Clerk's Office
Dallas, TX 75242